**AUDREY ZARRELLI ET AL., CO-ADMINISTRATORS (ESTATE OF JANICE GOODWIN) *v.* BARNUM FESTIVAL SOCIETY, INC., ET AL.**

The named defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 322, is denied.

*Patrick J. Flaherty,* in support of the petition.

*Jay H. Sandak,* in opposition.

Decided May 8, 1986

**RUTHERFORD P. LILLEY *v.* GENEVIEVE G. LILLEY**

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 253, is denied.

*Samuel V. Schoonmaker III,* in support of the petition.

*James Wu,* in opposition.

Decided May 8, 1986

**BETTE L. ELLSWORTH *v.* WHITBY K. ELLSWORTH**

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 617, is denied.

*Thomas F. Parker,* in support of the petition.

*Gwen B. Dreilinger,* in opposition.

Decided May 15, 1986

**IRVING H. PERLMUTTER *v.* CAROL C. JOHNSON**

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 292, is denied.

*Carol C. Johnson,* pro se, in support of the petition.

Decided May 15, 1986

801